THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIBEL OTERO, Appellant.

Submitted February 1, 2010; decided February 11, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.